# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Wayne Altieri and Diana Lynn Altieri | CHAPTER 7 |
| Debtor(s) | BKY. NO. 11-21151 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of VOLT NPL IX Asset Holdings Trust, by Vericrest Financial Inc. Solely in its capacity as servicer, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4605

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant