## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 11-21151-JAD |
| | ) | |
| Robert Wayne Altieri | ) | Chapter 7 |
| Diana Lynn Altieri, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Pamela J. Wilson, | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent | ) | |

### NOTICE OF PROPOSED ABANDONMENT OF ESTATE PROPERTY

**NOTICE IS HERBY GIVEN** that Pamela J. Wilson, Chapter 7 Trustee for the bankruptcy estate of the above-named debtors, proposes to abandon the following property of the estate:

**1) real property located at 22 Mawhinney Road, Cecil, PA 15321 listed on Schedule A of the debtors' schedules.**

THE REASON FOR THE PROPOSED ABANDONMENT is that the Trustee has concluded that the debtor's one half (1/2) interest in the real property is fully secured/encumbered and there would be no money left to pay a dividend to unsecured creditors if the above-described property were it to be administered based upon the results of her investigation into the value of the above-described property; the liens thereon; the cost of sale and the potential liabilities for the estate.

PERSONS WISHING TO OBJECT to this proposed abandonment must do so by filing a written objection with the Clerk of the United States Bankruptcy Court, U.S. Steel Tower, Suite 5414, 600 Grant Street, Pittsburgh, PA 15219, not later than fifteen (15) days after the date of mailing of this notice. A copy of the objection must be sent to the undersigned.

If an objection is timely filed, the Court will set a hearing on the objection and shall direct

that notice be given to parties in interest. If no objection is timely filed, the above-described property shall be deemed abandoned without further order of court. Any party desiring an order may obtain it pursuant to Bankruptcy Rule 9013, except that no notice under that rule shall be required.

Dated: 5-14-19                                            */s/ Pamela J. Wilson*
                                                          Pamela J. Wilson, Trustee
                                                          PA ID #77011
                                                          810 Vermont Avenue
                                                          Pittsburgh, PA 15234
                                                          (412) 341-4323
                                                          pwilson@pjwlaw.net