# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 11-21151-JAD |
| | : | |
| ROBERT WAYNE ALTIERI | : | Chapter 7 |
| DIANA LYNN ALTIERI | : | |
| | : | Doc. No. _____ |
| Debtors | : | |
| | : | |
| Pamela J. Wilson, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2022, I served or caused to be served a true and correct copy of the Status Report filed by the Trustee on March 25, 2022, upon the Office of the United States Trustee, Liberty Center, Suite 970, 1001 Liberty Avenue, Pittsburgh, PA 15222, via first class mail, postage prepaid.


Dated: 3/23/2022

           */s/ Pamela J. Wilson___*
           Pamela J. Wilson
           810 Vermont Avenue
           Pittsburgh, PA 15234
           412.341.4323
           pwilson@pjwlaw.net
           PA I.D. No. 77011