**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| ROBERT WAYNE ALTIERI, | § | CASE NO. 11-21151-JAD |
| DIANA LYNN ALTIERI, | § | |
| Debtors | § | |
| | § | |
| PAMELA J. WILSON, Trustee, | § | CHAPTER 7 |
| | § | |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PAMELA J. WILSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  5414 U.S. Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A "hybrid" hearing will be held on April 29, 2025, at 10:00 a.m. before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Application (Zoom).

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54 Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at the date and time stated above.
Counsel or litigants appearing remotely shall initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time:  https://www.zoomgov.com/j/16009283473,

or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/23/2025    By: Pamela J. Wilson
                                            Trustee

PAMELA J. WILSON
810 VERMONT AVENUE
PITTSBURGH, PA 15234

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| ROBERT WAYNE ALTIERI, § | CASE NO. 11-21151-JAD | |
| DIANA LYNN ALTIERI, § | | |
| Debtors § | | |
| § | | |
| PAMELA J. WILSON, Trustee, § | CHAPTER 7 | |
| § | | |
| Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 426,252.56 |
| and approved disbursements of | $ | 323,792.13 |
| leaving a balance on hand of[1] | $ | 102,460.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Pamela J. Wilson | $ 24,534.89 | $ 0.00 | $ 24,534.89 |
| Trustee Expenses: Pamela J. Wilson | $ 203.99 | $ 0.00 | $ 203.99 |
| Accountant for Trustee Fees: Eric E. Bononi, CPA | $ 875.00 | $ 0.00 | $ 875.00 |
| Charges: Clerk Of Courts | $ 176.00 | $ 0.00 | $ 176.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Internal Revenue Service NA | $ 43,385.55 | $ 0.00 | $ 43,385.55 |
| Other: Roy and Gail Altieri | $ 33,285.00 | $ 0.00 | $ 33,285.00 |

Total to be paid for chapter 7 administrative expenses     $ 102,460.43

Remaining Balance     $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $83,131.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carter Lumber Company | $ 33,062.10 | $ 0.00 | $ 0.00 |
| 3 | Capital One Bank (Usa), N.A. | $ 11,718.57 | $ 0.00 | $ 0.00 |
| 4 | American Infosource Lp As Agent For Wfnnb | $ 307.72 | $ 0.00 | $ 0.00 |
| 5 | Chase Bank USA, N. A. | $ 2,109.72 | $ 0.00 | $ 0.00 |
| 6 | World Financial Capital Bank | $ 742.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 4,337.86 | $ 0.00 | $ 0.00 |
| 8 | Portfolio Recovery Associates, LLC | $ 4,076.15 | $ 0.00 | $ 0.00 |
| 9 | Midland Credit Management | $ 5,610.48 | $ 0.00 | $ 0.00 |
| 10 | Midland Credit Management | $ 1,560.02 | $ 0.00 | $ 0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | $ 924.55 | $ 0.00 | $ 0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | $ 2,134.02 | $ 0.00 | $ 0.00 |
| 13 | R Altieri Heating & Cooling | $ 16,547.63 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $            0.00

Remaining Balance     $            0.00


Tardily filed claims of general (unsecured) creditors totaling $2,554.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | PNC BANK | $ 2,554.49 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $            0.00

Remaining Balance     $            0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Pamela J. Wilson
                       Trustee

*PAMELA J. WILSON*
*810 VERMONT AVENUE*
*PITTSBURGH, PA 15234*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 11-21151-JAD |
| Robert Wayne Altieri | Chapter 7 |
| Diana Lynn Altieri | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 24, 2025 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Wayne Altieri, Diana Lynn Altieri, 203 McConnell Road, Canonsburg, PA 15317-5910 |
| aty | + | Jeff Andrew Hollowood, Gaitens, Tucceri & Nicholas, P.C., 519 Court Place, Pittsburgh, PA 15219-2002 |
| acc | + | Eric Elia Bononi, Bononi and Bononi, P.C., 20 North Pennsylvania Avenue, Suite 201, Greensburg, PA 15601-2337 |
| cr | + | PNC Bank, National Association, c/o Donna M. Donaher, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 12987111 | + | Allianceone / Columbia Gas, 4850 E Street Rd, Trevose, PA 19053-6600 |
| 12987114 | + | Carter Lumber Company, c/o Shawn P McClure, Esq., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 12987115 | + | Cecil Twp Municipal Auth, c/o Nicholas Romel, Esq., 519 Court Place, Pittsburgh, PA 15219-2002 |
| 12987119 | + | Collection Service Cen / Clark Co Pathol, 839 5th Ave, New Kensington, PA 15068-6303 |
| 12987120 | + | Crd Prt Asso / Comcast, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 12987121 | + | Fed Loan Serv, Po Box 69184, Harrisburg, PA 17106-9184 |
| 12987125 | + | Gevalia Kaffee, P.O. Box 6264, Dover, DE 19905-6264 |
| 12987127 | + | Interstate Supply, 1655 Jefferson Ave., Washington, PA 15301-1603 |
| 12987128 | + | J Matthew Stacy, Jr., DDS, 4607 Liberty Ave., Pittsburgh, PA 15224-1922 |
| 12987129 | + | Kohls, Attn: Recovery Dept, Po Box 3120, Milwaukee, WI 53201-3120 |
| 12987130 | | Lowes, P.O. Box 53970, Atlanta, GA 30353 |
| 12987132 | + | McMahon Kenneth & Assoc., 201 E Lincoln Ave., Mc Donald, PA 15057-1446 |
| 13550080 | | Midland Funding LLC, By its authorized agent Recoser, LLC, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605 |
| 12987134 | + | NCO Financial Systems / MedExpress, Attn: Bankruptcy, Po Box 15270, Wilmington, DE 19850-5270 |
| 12987133 | | National City Card Ser / PNC, K-a16-2j, Kalamazoo, MI 49009 |
| 12987135 | + | PA Dept of Revenue, Bureau of Collections, P.O. Box 281041, Harrisburg, PA 17128-1041 |
| 12987139 | | PNC Mortgage, P.O. Box 33077, Pittsburgh, PA 15230 |
| 12987136 | | Pa. Dept. of Revenue, Bureau of Individual Taxes, Dept. 280432, Harrisburg, PA 17128-0432 |
| 13125608 | + | R ALTIERI HEATING & COOLING, PO BOX 279 ROUTE 50, CECIL, PA 15321-0279, ATTN.: ROY ALTIERI |
| 12987141 | + | Roy & Gal Altieri, 119 Brookwood Road, Venetia, PA 15367-1037 |
| 12987145 | | Wfcb/hsn, Pob 337003, North Glenn, CO 80233 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2025 00:00:00 | Ally Financial f/k/a GMAC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2025 00:00:00 | Ally Financial, Inc., PO Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 00:08:37 | Capital One Bank (USA), N.A. by American InfoSourc, PO Box 71083, Charlotte, NC 28272-1083 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Mar 25 2025 00:00:00 | Carter Lumber Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:25 | Recovery Management Systems Corporation, 25 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 12987112 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2025 00:00:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13028668 | | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2025 00:08:26 | American InfoSource LP as agent for WFNNB, as assignee of, Victoria's Secret, PO Box 248872, Oklahoma City, OK 73124-8872 |
| 12987113 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 00:08:39 | Capital One, N.a., Bankruptcy Dept, Po Box 5155, Norcross, GA 30091 |
| 12987118 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2025 00:08:45 | Citibank Usa / Home Depot, Citicard Credit Srvs/Centralized Bankrup, Po Box 20507, Kansas City, MO 64195 |
| 13609759 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 00:08:33 | Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 13009188 | | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2025 00:08:27 | Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 248839, Oklahoma City, OK 73124-8839 |
| 12987116 | ^ | MEBN | Mar 24 2025 23:52:21 | Cecil Twp Wage Taxes, c/o Jordan Tax Services, 102 Rahway Road, McMurray, PA 15317-3349 |
| 12987117 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2025 00:08:36 | Chase, Po Box 15298, Wilmington, DE 19850-5298 |
| 13044238 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2025 00:08:24 | Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 |
| 12987131 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2025 00:08:35 | Macys/fdsb, Macy's Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13115996 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:36 | GE Money Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 12987122 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2025 00:08:37 | Gemb/jcp, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 12987123 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2025 00:08:39 | Gemb/qvc, P.O. Box 981127, El Paso, TX 79998-1127 |
| 12987124 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2025 00:08:32 | Gemb/sams Club Dc, Attention:GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 12987126 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2025 00:00:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14199219 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 00:00:00 | Midland Credit Management, Inc. as agent for, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13557569 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2025 00:00:00 | PNC BANK, PO BOX 94982, CLEVELAND, OHIO 44101 |
| 12987138 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2025 00:00:00 | PNC Bank, P.O. Box 747066, Pittsburgh, PA 15274-7066 |
| 12987137 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2025 00:00:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 13107284 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13084641 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2025 00:08:25 | PYOD LLC its successors and assigns as assignee of, Citibank, NA, NA, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 12987140 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:35 | Portfolio Rc / Capial One, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541-1067 |

Case 11-21151-JAD  Doc 171  Filed 03/26/25  Entered 03/27/25 00:31:28  Desc
Imaged Certificate of Notice  Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13550081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2025 00:08:45 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 12987142 | + | Email/Text: PFS.Analyst@stclair.org Mar 25 2025 00:00:00 | | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 12987143 | + | Email/Text: bankruptcy@bbandt.com Mar 25 2025 00:00:00 | | Suntrust Mortgage/cc 5, Attention: Bankruptcy, Po Box 85092, Richmond, VA 23285-5092 |
| 12987144 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2025 00:00:00 | | Victoria's Secret, Po Box 182124, Columbus, OH 43218-2124 |
| 13075612 | | Email/Text: bnc-alliance@quantum3group.com Mar 25 2025 00:00:00 | | World Financial Capital Bank, Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cecil Township Municipal Authority, 3599 Miller Run Road, Suite 104 |
| res | | Gail S Altieri |
| res | | Roy A Altieri |
| cr | | Seterus, Inc. As The Authorized Subservicer For Fe |
| cr | | SunTrust Mortgage, Inc. |
| cr | | Suntrust Mortgage Corporation |
| cr | | VOLT NPL IX Asset Holdings Trust, by Caliber Home |
| cr | | Vericrest Financial, Inc. |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Vericrest Financial Inc. agornall@gornall-law.com |
| David A. Rice | on behalf of Joint Debtor Diana Lynn Altieri ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Robert Wayne Altieri ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor VOLT NPL IX Asset Holdings Trust by Caliber Home Loans, Inc., solely in its capacity as servicer dcarlon@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 24, 2025 | Form ID: pdf900 | Total Noticed: 57

Donna M. Donaher
    on behalf of Creditor PNC Bank National Association donaherd@fnb-corp.com

Gary J. Gaertner
    on behalf of Creditor SunTrust Mortgage Inc. pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gary J. Gaertner
    on behalf of Creditor Suntrust Mortgage Corporation pawb@fedphe.com
    james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gregory Javardian
    on behalf of Creditor SunTrust Mortgage Inc. greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com

James A. Prostko
    on behalf of Creditor Seterus Inc. As The Authorized Subservicer For Federal National Mortgage Association et. al
    jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
    on behalf of Creditor SunTrust Mortgage Inc. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jill Manuel-Coughlin
    on behalf of Creditor VOLT NPL IX Asset Holdings Trust by Caliber Home Loans, Inc., solely in its capacity as servicer
    bankruptcy@powerskirn.com

Jodi L. Hause
    on behalf of Creditor Carter Lumber Company jodi.hause@phelanhallinan.com pawb@fedphe.com

Michael J. Hudock, III
    on behalf of Respondent Roy A Altieri michaelhudock@comcast.net

Michael J. Hudock, III
    on behalf of Respondent Gail S Altieri michaelhudock@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Accountant Eric Elia Bononi pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Peter J. Ashcroft
    on behalf of Creditor Carter Lumber Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert P. Wendt
    on behalf of Creditor SunTrust Mortgage Inc. pawb@fedphe.com

Russell R. Sanders
    on behalf of Creditor Ally Financial Inc. rsanders@tuckerlaw.com

Scott A. Dietterick
    on behalf of Creditor VOLT NPL IX Asset Holdings Trust by Caliber Home Loans, Inc., solely in its capacity as servicer
    amps@manleydeas.com

TOTAL: 22