IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT WAYNE ALTIERI<br>DIANA LYNN ALTIERI | Bankruptcy No. 11-21151-JAD |
| Debtor(s) | Chapter 7 |
| Pamela J. Wilson, Trustee | Document No.: _____ |
| Movant | |
| v. | Related to Docs. 166 – 168, 170<br>Hearing Date: 4/29/2025, 10:00 a.m. |
| No Respondent | |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S
FINAL REPORT AND APPLICATION(S) FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Final Report and Application(s) for Compensation and Deadline to Object (NFR) filed on March 23, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the NFR appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than April 16, 2025.

It is hereby requested that the Orders attached to the Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals be entered by the Court.

Date: 4/17/25

*/s/ Pamela J. Wilson*
Pamela J. Wilson, Trustee
810 Vermont Avenue
Pittsburgh, PA 15234
412.341.4323
pwilson@pjwlaw.net
PA I.D. No. 77011