**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-21151-JAD |
| | ) | |
| ROBERT WAYNE ALTIERI | ) | Chapter 7 |
| DIANA LYNN ALTIERI | ) | |
| Debtors | ) | |
| | ) | Doc. No. |
| ERIC E. BONONI, CPA | ) | Related to Doc. No.   166 |
| Movant | ) | |
| Vs. | ) | |
| | ) | |
| No Respondents | ) | |

ORDER APPROVING FINAL COMPENSATION
AND EXPENSES OF TRUSTEE'S ACCOUNTANT

AND NOW, _this 25th of April 2025_ upon consideration of the application filed by Eric E. Bononi, CPA, the accountant for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that Applicant has no interest adverse to the interest of the Estate, that Applicant has rendered valuable services to the Estate, and that the sum of $875.00 is reasonable compensation for the services of Applicant and that the sum of $0.00 is reasonable for expenses,

IT IS HEREBY ORDERED that the Application of Eric E. Bononi, CPA for Allowance of Final Compensation and Expenses is approved in the amount of $875.00 as compensation and $0.00 as expenses, and that such sums shall be paid by the Chapter 7 Trustee as part of her distribution of the estate proceeds as allowed by Section 330 of the United States Bankruptcy Code.

BY THE COURT:

Dated: _4/25/2025_

_____ sjk
JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
4/25/25 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 11-21151-JAD
Robert Wayne Altieri  Chapter 7
Diana Lynn Altieri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Apr 25, 2025      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Wayne Altieri, Diana Lynn Altieri, 203 McConnell Road, Canonsburg, PA 15317-5910 |
| acc | + | Eric Elia Bononi, Bononi and Bononi, P.C., 20 North Pennsylvania Avenue, Suite 201, Greensburg, PA 15601-2337 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andrew F Gornall
     on behalf of Creditor Vericrest Financial  Inc. agornall@gornall-law.com

David A. Rice
     on behalf of Joint Debtor Diana Lynn Altieri ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
     on behalf of Debtor Robert Wayne Altieri ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon
     on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer dcarlon@kmllawgroup.com

Donna M. Donaher
     on behalf of Creditor PNC Bank  National Association donaherd@fnb-corp.com

Case 11-21151-JAD    Doc 176    Filed 04/27/25    Entered 04/28/25 00:27:02    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 2 |

Gary J. Gaertner
    on behalf of Creditor Suntrust Mortgage Corporation pawb@fedphe.com james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gary J. Gaertner
    on behalf of Creditor SunTrust Mortgage  Inc. pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gregory Javardian
    on behalf of Creditor SunTrust Mortgage  Inc. greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com

James A. Prostko
    on behalf of Creditor Seterus  Inc. As The Authorized Subservicer For Federal National Mortgage Association et. al jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
    on behalf of Creditor SunTrust Mortgage  Inc. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jill Manuel-Coughlin
    on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer bankruptcy@powerskirn.com

Jodi L. Hause
    on behalf of Creditor Carter Lumber Company jodi.hause@phelanhallinan.com  pawb@fedphe.com

Michael J. Hudock, III
    on behalf of Respondent Roy A Altieri michaelhudock@comcast.net

Michael J. Hudock, III
    on behalf of Respondent Gail S Altieri michaelhudock@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Accountant Eric Elia Bononi pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
    pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Peter J. Ashcroft
    on behalf of Creditor Carter Lumber Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert P. Wendt
    on behalf of Creditor SunTrust Mortgage  Inc. pawb@fedphe.com

Russell R. Sanders
    on behalf of Creditor Ally Financial  Inc. rsanders@tuckerlaw.com

Scott A. Dietterick
    on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer amps@manleydeas.com

TOTAL: 22