<span style="color:red">**DEFAULT O/E JAD**</span>

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Case No.  11-21151-JAD** |
| **ROBERT WAYNE ALTIERI** | : | |
| **DIANA LYNN ALTIERI** | : | **Chapter 7** |
| | : | |
| **Debtors** | : | |
| | : | |
| **Pamela J. Wilson, Trustee** | : | |
| | : | Related to |
| **Movant** | : | **Doc. No.** ____167 |
| | : | |
| **v.** | : | |
| | : | |
| **No Respondent** | : | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __25th__ day of ____April_____ 2025, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $24,534.89 is reasonable compensation for the services rendered in this case by Pamela J. Wilson, Trustee; that such sum does not exceed the limitations prescribed by §326 of the Bankruptcy Code; that $203.93 is reasonable for actual and necessary expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

By the Court,

JEFFERY A. DELLER
United States Bankruptcy Judge

sjk

FILED
4/25/25 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 11-21151-JAD

Robert Wayne Altieri                                                            Chapter 7

Diana Lynn Altieri

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert Wayne Altieri, Diana Lynn Altieri, 203 McConnell Road, Canonsburg, PA 15317-5910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Vericrest Financial  Inc. agornall@gornall-law.com |
| David A. Rice | on behalf of Joint Debtor Diana Lynn Altieri ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Robert Wayne Altieri ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer dcarlon@kmllawgroup.com |
| Donna M. Donaher | on behalf of Creditor PNC Bank  National Association donaherd@fnb-corp.com |
| Gary J. Gaertner | |

District/off: 0315-2                                       User: auto                                       Page 2 of 2
Date Rcvd: Apr 25, 2025                                  Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor Suntrust Mortgage Corporation pawb@fedphe.com
james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gary J. Gaertner
on behalf of Creditor SunTrust Mortgage  Inc. pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gregory Javardian
on behalf of Creditor SunTrust Mortgage  Inc. greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com

James A. Prostko
on behalf of Creditor Seterus  Inc. As The Authorized Subservicer For Federal National Mortgage Association et. al
jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
on behalf of Creditor SunTrust Mortgage  Inc. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jill Manuel-Coughlin
on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer
bankruptcy@powerskirn.com

Jodi L. Hause
on behalf of Creditor Carter Lumber Company jodi.hause@phelanhallinan.com  pawb@fedphe.com

Michael J. Hudock, III
on behalf of Respondent Roy A Altieri michaelhudock@comcast.net

Michael J. Hudock, III
on behalf of Respondent Gail S Altieri michaelhudock@comcast.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
on behalf of Accountant Eric Elia Bononi pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Peter J. Ashcroft
on behalf of Creditor Carter Lumber Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert P. Wendt
on behalf of Creditor SunTrust Mortgage  Inc. pawb@fedphe.com

Russell R. Sanders
on behalf of Creditor Ally Financial  Inc. rsanders@tuckerlaw.com

Scott A. Dietterick
on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer
amps@manleydeas.com

TOTAL: 22