UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.  11-21151-JAD |
| **ROBERT WAYNE ALTIERI** | : | |
| **DIANA LYNN ALTIERI** | : | Chapter 7 |
| | : | |
| Debtor(s) | : | |
| | : | |
| **Pamela J. Wilson, Trustee** | : | |
| | : | Related to |
| Movant | : | Doc. No. ____170____ |
| | : | |
| v. | : | |
| | : | **DEFAULT O/E JAD** |
| No Respondent | : | |

## ORDER OF DISTRIBUTION

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Pamela J. Wilson, Esquire, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution.  In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

By the Court,

4/25/2025

_____ sjk
JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
4/25/25 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-21151-JAD
Case Name: ROBERT WAYNE ALTIERI
        DIANA LYNN ALTIERI
Trustee Name: PAMELA J. WILSON

| | | |
|---|---|---|
| Balance on hand | $ | 102,460.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Pamela J. Wilson | $ 24,575.88 | $ 0.00 | $ 24,575.88 |
| Trustee Expenses: Pamela J. Wilson | $ 163.00 | $ 0.00 | $ 163.00 |
| Accountant for Trustee Fees: Eric E. Bononi, CPA | $ 875.00 | $ 0.00 | $ 875.00 |
| Charges: Clerk Of Courts | $ 176.00 | $ 0.00 | $ 176.00 |
| Other: Internal Revenue Service | $ 43,385.55 | $ 0.00 | $ 43,385.55 |
| Other: Roy and Gail Altieri | $ 33,285.00 | $ 0.00 | $ 33,285.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 102,460.43 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 45)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $83,131.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carter Lumber Company | $ 33,062.10 | $ 0.00 | $ 0.00 |
| 3 | Capital One Bank (Usa), N.A. | $ 11,718.57 | $ 0.00 | $ 0.00 |
| 4 | American Infosource Lp As Agent For Wfnnb | $ 307.72 | $ 0.00 | $ 0.00 |
| 5 | Chase Bank Usa, N.A. | $ 2,109.72 | $ 0.00 | $ 0.00 |
| 6 | World Financial Capital Bank | $ 742.55 | $ 0.00 | $ 0.00 |
| 7 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 4,337.86 | $ 0.00 | $ 0.00 |
| 8 | Portfolio Recovery Associates, Llc | $ 4,076.15 | $ 0.00 | $ 0.00 |
| 9 | Midland Credit Management | $ 5,610.48 | $ 0.00 | $ 0.00 |
| 10 | Midland Credit Management | $ 1,560.02 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | $ 924.55 | $ 0.00 | $ 0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR | $ 2,134.02 | $ 0.00 | $ 0.00 |
| 13 | R Altieri Heating & Cooling | $ 16,547.63 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $ 0.00

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $2,554.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Pnc Bank | $ 2,554.49 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $ 0.00

Remaining Balance      $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 11-21151-JAD |
| Robert Wayne Altieri | Chapter 7 |
| Diana Lynn Altieri | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Apr 25, 2025    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Wayne Altieri, Diana Lynn Altieri, 203 McConnell Road, Canonsburg, PA 15317-5910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

**Name**    **Email Address**

Andrew F Gornall
    on behalf of Creditor Vericrest Financial  Inc. agornall@gornall-law.com

David A. Rice
    on behalf of Joint Debtor Diana Lynn Altieri ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
    on behalf of Debtor Robert Wayne Altieri ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon
    on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer dcarlon@kmllawgroup.com

Donna M. Donaher
    on behalf of Creditor PNC Bank  National Association donaherd@fnb-corp.com

Gary J. Gaertner

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Suntrust Mortgage Corporation pawb@fedphe.com james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gary J. Gaertner

on behalf of Creditor SunTrust Mortgage  Inc. pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com

Gregory Javardian

on behalf of Creditor SunTrust Mortgage  Inc. greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com

James A. Prostko

on behalf of Creditor Seterus  Inc. As The Authorized Subservicer For Federal National Mortgage Association et. al jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko

on behalf of Creditor SunTrust Mortgage  Inc. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jill Manuel-Coughlin

on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer bankruptcy@powerskirn.com

Jodi L. Hause

on behalf of Creditor Carter Lumber Company jodi.hause@phelanhallinan.com  pawb@fedphe.com

Michael J. Hudock, III

on behalf of Respondent Roy A Altieri michaelhudock@comcast.net

Michael J. Hudock, III

on behalf of Respondent Gail S Altieri michaelhudock@comcast.net

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson

on behalf of Accountant Eric Elia Bononi pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson

pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson

on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Peter J. Ashcroft

on behalf of Creditor Carter Lumber Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert P. Wendt

on behalf of Creditor SunTrust Mortgage  Inc. pawb@fedphe.com

Russell R. Sanders

on behalf of Creditor Ally Financial  Inc. rsanders@tuckerlaw.com

Scott A. Dietterick

on behalf of Creditor VOLT NPL IX Asset Holdings Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer amps@manleydeas.com

TOTAL: 22